UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO DULANEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRESNO POLICE DEPARTMENT, *et al.*,<br><br>　　　　　Defendants. | No. 1: 14-cv-01051-LJO-BAM<br><br>**ORDER GRANTING APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES OR COSTS;**<br><br>**ORDER DIRECTING PLAINTIFF TO RETURN CONSENT FORMS** |

　　　　Plaintiff is proceeding pro se and has requested leave to proceed in forma pauperis pursuant to Title 28 of the United States Code section 1915(a). (Doc. 2.) Plaintiff has made the showing required by section 1915(a), and accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

　　　　Plaintiff is advised that the Court is required to screen complaints of pro se litigants pursuant to Title 28 of the United States Code section 1915A(a). The Court must dismiss a complaint or portion thereof if the litigant has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant(s) who is immune from such relief. 28 U.S.C. § 1915A(b)(1)&(2). As a result, summonses will not issue at this time. The Court will direct the United States Marshal to serve Plaintiff's complaint only after the Court has screened the complaint and determined that it contains cognizable claims for relief against the named defendants. The Court has a large number

of such cases pending before it and will screen Plaintiff's complaint in due course.

Finally, the Clerk of the Court is directed to mail a Consent to Magistrate Jurisdiction Form to Plaintiff. Plaintiff shall complete the form and advise the Court whether or not he will consent to Magistrate Judge jurisdiction no later than **August 15, 2014**.

Failure to complete the form may result in dismissal of this action.

IT IS SO ORDERED.

Dated:   **July 17, 2014**              /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE

2